UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. |
| v. | 1:13-CR-176-CAP-AJB |
| JOSE ISAC BAQUIS-SERRANO, | |
| Defendant. | |

**O R D E R**

This matter is before the court on the report and recommendation of the magistrate judge [Doc. No. 21] and the objections thereto [Doc. No. 25]. After carefully considering the report and recommendation of the magistrate judge and the objections thereto, and having reviewed the matter de novo, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court. The defendant's motion to dismiss the indictment [Doc. No. 12] is DENIED.

**SO ORDERED** this 25th day of October, 2013.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge